UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ABRAHAM AUSTIN, | Case No. 2:19-cv-00468-APG-VCF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Petitioner Abraham Austin has not properly commenced this action by either paying the applicable filing fee or filing an application for leave to proceed *in forma pauperis*. Accordingly, Austin will have 30 days from entry of this order to either pay the filing fee or file a complete pauper application with all required attachments. LSR 1-2.

In addition, Austin has not named the correct respondent. He must name his immediate physical custodian, the warden of the institution in which he is held. *See* Habeas Rule 2(a); *Rumsfeld v. Padilla*, 542 U.S. 426, 434-42 (2004). Accordingly, Austin will, within 30 days of entry of this order, file an amended cover page for his petition that names the warden of the institution where he is being held.

The Clerk of Court shall send petitioner Abraham Austin a copy each of the instructions and form for an inmate pauper application, a copy of the form for a § 2254 habeas petition, and two copies of this order. Should Austin choose to pay the filing fee instead seeking pauper status, he should make the necessary arrangements to have a copy of this order attached to the check for the filing fee.

DATED THIS 7th day of April, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1