# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABRAHAM AUSTIN, | Case No.: 2:19-cv-00468-APG-VCF |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

On April 7, 2019, I ordered petitioner Abraham Austin to either pay the $5.00 filing fee or file a completed application for leave to proceed *in forma pauperis* within 30 days. ECF No. 4. I also ordered Austin to file an amended cover page for his petition naming the correct respondent. Austin has failed to do either. I will give Austin one additional opportunity to comply with my prior order. If he fails to comply with this order, this action will be dismissed without prejudice and without further advance notice.

IT IS THEREFORE ORDERED that, by **July 3, 2019**, the petitioner will either pay the filing fee or submit a complete application for leave to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that, by **July 3, 2019**, the petitioner will file an amended cover page for his petition naming the correct respondent.

The Clerk of Court will send the petitioner a copy each of the instructions and form for an inmate pauper application, a copy of the form for a § 2254 habeas petition, and a copy of my order dated April 7, 2019. Should the petitioner choose to pay the filing fee instead of seeking

/ / / /

/ / / /

pauper status, he must make the necessary arrangements to have a copy of this order attached to the check for the filing fee.

Dated: June 12, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE